UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HUMBERTO GONZALEZ, *et al.*, <br><br> Defendants. | Cause No. C22-1671RSL <br><br> ORDER EXTENDING SEAL AND STAY OF CASE <br><br> FILED UNDER SEAL |

This matter comes before the Court on plaintiffs' *ex parte* Status Update Pursuant to Court's December 1, 2022 Order Sealing and Staying Case. Dkt. # 10. Based on the current record, the Court finds that if the case is made public before the conclusion of the parallel criminal investigation into defendants' alleged counterfeiting operation, there would be a substantial risk that the litigation could become a vehicle for improper purposes which frustrate both the criminal investigation and plaintiffs' ability to obtain meaningful redress. The seal and stay of the above-captioned case is therefore extended. Neither the caption nor the docket entries shall appear in the public record.

Plaintiffs shall file a status report on or before December 1, 2023, setting forth the progress of the criminal investigation and whether this case should remained sealed.

ORDER EXTENDING SEAL AND
STAY OF CASE - 1

1  Dated this 5th day of June, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING SEAL AND
STAY OF CASE - 2