UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HUMBERTO GONZALEZ, *et al.*,<br><br>　　　　Defendants. | Cause No. C22-1671RSL<br><br>ORDER UNSEALING CASE<br>AND LIFTING STAY |

This matter comes before the Court on plaintiffs' *ex parte* "Status Update Requesting that Case be Unsealed and Stay Lifted." Dkt. # 12. The Clerk of Court is directed to unseal this matter, and the stay is hereby lifted.

Dated this 9th day of November, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER UNSEALING CASE AND
LIFTING STAY - 1