UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KONINKLIJKE PHILIPS N.V., a Netherlands public limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>HUMBERTO GONZALEZ, an individual; CAROLINA MANTILLA HENAO, an individual; JOSE DAVID GONZALEZ, an individual; RICHARDO ROJAS, an individual; JONLER MOFFA, an individual; JUAN JOSE MEZA, an individual; LUZ MARINA HENAO, an individual; WORLD WIDE PRODUCTS, INC., a Florida Corporation; CORABLADE INC., a Florida corporation; CAFÉ RECORS PRODUCTIONS, INC., a Florida corporation; EASY SELLER INC., a Florida corporation; ECOMMERCE DISTRIBUTOR, INC., a Florida corporation; ION INTERNATIONAL PRODUCTS INC. a Florida corporation; VERENZA IMPORTS, INC., a Florida corporation; AAA SAFEWAY TRANSPORTATION, INC., a Florida Corporation; and DOES 1-10,<br><br>        Defendants. | NO. 2:22-cv-01671-RSL<br><br>**STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## <u>STIPULATED MOTION</u>

COME NOW, the parties, by and through their counsel of record, and submit the following stipulated motion and proposed order to extend the time for defendants to answer or otherwise

STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

respond to the Complaint until and including February 9, 2024. The grounds for this motion are as follows:

1. The first Defendant served with the Complaint, Defendant Moffa, was served on December 5, 2023, making his response to the Complaint due on December 26, 2023, the day after Christmas.

2. Other Defendants were served subsequently.

3. Defendants contacted and engaged counsel to represent them in this matter on December 14, 2023.

4. The Complaint is lengthy, alleges four causes of action, contains 118 paragraphs, and has several lengthy exhibits.

5. The requested extension will give Defendants and their counsel time to adequately prepare their response(s) to the Complaint and will not prejudice the Plaintiffs, as this action was stayed after an Ex Parte motion of Plaintiffs from December 1, 2022 (*see* Dkt. # 9) until November 9, 2023 (*see* Dkt. # 13).

6. This is the first request that any Defendant has made for an extension of time to respond to the Complaint.

For the reasons set forth above the Defendants respectfully request that they be granted an extension until and including February 9, 2024 to answer or otherwise respond to the Complaint. Plaintiffs agree to this request and have courteously joined in this motion.

/ / /

/ / /

/ / /

IT IS SO STIPULATED this 15th day of December, 2023.

STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

CHRISTIE LAW GROUP, PLLC

By  */s/ Robert L. Christie*
ROBERT L. CHRISTIE, WSBA #10895
Attorney for Defendants
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob@christielawgroup.com

DAVIS WRIGHT TREMAINE

By _____
SCOTT R. COMMERSON
Attorney for Plaintiffs
865 S. Figueroa St., Ste. 2400
Los Angeles, CA 90017
Phone: 213-633-6800
Email: scottcommerson@dwt.com

DAVIS WRIGHT TREMAINE

By _____
LAUREN BURDETTE RAINWATER,
WSBA # 43625
Attorney for Plaintiffs
920 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: 206-622-3150
Email: laurenrainwater@dwt.com

## O R D E R

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Defendants to Answer or otherwise respond to the Complaint is extended until and including February 9, 2024.

DONE IN OPEN COURT this 18th day of December, 2023.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 3
18685950.v1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

1  / / /

2

3  Presented By:

4  CHRISTIE LAW GROUP, PLLC

5  By: ___/s/ Robert L. Christie___
   ROBERT L. CHRISTIE, WSBA #10895
   *Attorney for Defendants*
6  2100 Westlake Avenue N., Suite 206
   Seattle, WA  98109
7  Telephone:  (206) 957-9669
   Fax:  (206) 352-7875
8  Email: bob@christielawgroup.com

9

10 Approved for Entry, Copy Received;
   and Notice of Presentation Waived:

11

12 DAVIS WRIGHT TREMAINE

13 By _____
   SCOTT R. COMMERSON
14 Attorney for Plaintiffs
   865 S. Figueroa St., Ste. 2400
15 Los Angeles, CA 90017
   Phone: 213-633-6800
16 Email: scottcommerson@dwt.com

17 DAVIS WRIGHT TREMAINE

18

19 By _____
   LAUREN BURDETTE RAINWATER, WSBA # 43625
   Attorney for Plaintiffs
20 920 Fifth Ave., Ste. 3300
   Seattle, WA 98104
21 Phone: 206-622-3150
   Email: laurenrainwater@dwt.com
22

23

24

25

26

STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669