UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KONINKLIJKE PHILIPS N.V., a Netherlands public limited liability company,<br><br>                      Plaintiffs,<br><br>v.<br><br>HUMBERTO GONZALEZ, an individual; CAROLINA MANTILLA HENAO, an individual; JOSE DAVID GONZALEZ, an individual; RICHARDO ROJAS, an individual; JONLER MOFFA, an individual; JUAN JOSE MEZA, an individual; LUZ MARINA HENAO, an individual; WORLD WIDE PRODUCTS, INC., a Florida Corporation; CORABLADE INC., a Florida corporation; CAFÉ RECORS PRODUCTIONS, INC., a Florida corporation; EASY SELLER INC., a Florida corporation; ECOMMERCE DISTRIBUTOR, INC., a Florida corporation; ION INTERNATIONAL PRODUCTS INC. a Florida corporation; VERENZA IMPORTS, INC., a Florida corporation; AAA SAFEWAY TRANSPORTATION, INC., a Florida Corporation; and DOES 1-10,<br><br>                      Defendants. | NO. 2:22-cv-01671-RSL<br><br>**SECOND STIPULATED MOTION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## STIPULATED MOTION

      COME NOW, the parties, by and through their counsel of record, and submit the following second stipulated motion and proposed order to extend the time for defendants to answer or

---

SECOND STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

otherwise respond to the Complaint until and including March 7, 2024. This Court previously signed on December 15, 2023 the parties' stipulated motion to extend the deadline for answering until February 9, 2024. (ECF Dkt. 16). The parties continue to work cooperatively together and this further request for extension is sought in good faith and not for purposes of delay. The grounds for this motion are as follows:

1. Since the Court's prior Order the defendants and their counsel have become more fully aware of the impacts a parallel criminal investigation being conducted by the United States Department of Homeland Security could have on their actions in this civil matter.

2. Defendants have alerted plaintiffs to the issues and the parties are engaged in discussions about the potential impact of this criminal investigation on this proceeding as well as the implication that discovery may have on the individual defendants' Fifth Amendment rights given their key roles in the operations of the Corporate Defendants.

3. Contemporaneous with this filing the parties agree that counsel for defendants will initiate a call to Teri Roberts, judicial assistant, to request a 30-day extension of each of the three upcoming deadlines set forth in this Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. (ECF Dkt. 17).

For the reasons set forth above the defendants respectfully request that they be granted an extension until and including March 7, 2024 to answer or otherwise respond to the Complaint. Plaintiffs agree to this request and have again courteously joined in this motion.

/ / /

/ / /

/ / /

SECOND STIPULATED MOTION AND
ORDER TO EXTEND TIME TO RESPOND
TO COMPLAINT (2:22-CV-01671-RSL) - 2

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

IT IS SO STIPULATED this 1st day of February, 2024.

| | |
|---|---|
| CHRISTIE LAW GROUP, PLLC | DAVIS WRIGHT TREMAINE |
| By  */s/ Robert L. Christie*<br>ROBERT L. CHRISTIE, WSBA #10895<br>Attorney for Defendants<br>2100 Westlake Ave. N., Ste. 206<br>Seattle, WA 98109<br>Phone: 206-957-9669<br>Email: bob@christielawgroup.com | By  */s/ Scott R. Commerson*<br>SCOTT R. COMMERSON<br>Attorney for Plaintiffs<br>865 S. Figueroa St., Ste. 2400<br>Los Angeles, CA 90017<br>Phone: 213-633-6800<br>Email: scottcommerson@dwt.com |

DAVIS WRIGHT TREMAINE

By  */s/ Lauren Burdette Rainwater*
LAUREN BURDETTE RAINWATER
WSBA # 43625
Attorney for Plaintiffs
920 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: 206-622-3150
Email: laurenrainwater@dwt.com

# O R D E R

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deadline for Defendants to Answer or otherwise respond to the Complaint is extended until and including March 7, 2024.

Dated this 2nd day of February, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

SECOND STIPULATED MOTION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (2:22-CV-01671-RSL) - 3
18685950.v1

CHRISTIE LAW GROUP, PLLC
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669