UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>HUMBERTO GONZALEZ, *et al.*,<br><br>Defendants. | Cause No. C22-1671RSL<br><br>ORDER EXTENDING STAY OF CASE |

This matter comes before the Court on the "Joint Status Update Pursuant to Court's March 8, 2024 Order Temporarily Staying Case Pending Parallel Criminal Investigation." Dkt. # 49. Based on the on-going criminal investigation into defendants' conduct as alleged in the complaint, this matter will remain temporarily stayed for an additional 180 days.

The parties shall file a status report on or before March 5, 2025, setting forth the progress of the criminal investigation and whether this case should remained stayed.

Dated this 16th day of September, 2024.

*MRT S Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING STAY OF CASE - 1