The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KONINKLIJKE PHILIPS N.V., a Netherlands public limited liability company,

Plaintiffs,

v.

HUMBERTO GONZALEZ, an individual; CAROLINA MANTILLA HENAO, an individual; JOSE DAVID GONZALEZ, an individual; RICARDO ROJAS, an individual; JONLER MOFFA, an individual; JUAN JOSE MEZA, an individual; LUZ MARINA HENAO, an individual; WORLD WIDE PRODUCTS INC, a Florida corporation; CORABLADE INC, a Florida corporation; CAFE RECORS PRODUCTIONS, INC., a Florida corporation; EASY SELLER INC, a Florida corporation; ECOMMERCE DISTRIBUTOR, INC., a Florida corporation; ION INTERNATIONAL PRODUCTS INC, a Florida corporation; VERENZA IMPORTS, INC, a Florida corporation; AAA SAFEWAY TRANSPORTATION, INC, a Florida corporation; and DOES 1-10,

Defendants.

No. 2:22-cv-01671-RSL

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

WHEREAS, Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), and Koninklijke Philips N.V. ("Philips," and with Amazon, "Plaintiffs") filed this action against Defendants Humberto Gonzalez, Carolina Mantilla Henao, Jose David Gonzalez, Ricardo Rojas, Jonler Moffa, Juan Jose Meza, Luz Marina Henao, World Wide Products Inc, Corablade Inc, Cafe Recors Productions, Inc., Easy Seller Inc, Ecommerce Distributor, Inc., Ion International Products Inc, Verenza Imports, Inc, AAA Safeway Transportation, Inc (collectively, "Defendants") seeking injunctive relief and monetary damages, including treble damages, costs, and attorneys' fees;

WHEREAS, Plaintiffs alleged in the Complaint claims against Defendants for: (i) trademark infringement under 15 U.S.C. § 1114; (ii) false designation of origin and false advertising under 15 U.S.C. § 1125(a); (iii) violation of the Washington Consumer Protection Act, RCW 19.86.010, et seq.; and (iv) breach of contract (the claims are referred to, collectively, as the "Claims");

WHEREAS, Defendants do not admit, and expressly deny, any liability, wrongdoing, or any violation of law by stipulating to this Consent Judgment and Permanent Injunction;

WHEREAS, Plaintiffs and Defendants have agreed to resolve their dispute, and now wish to stipulate to this Consent Judgment and Permanent Injunction;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate to and request that the Court order the following Consent Judgment and Permanent Injunction:

IT IS ORDERED, ADJUDGED AND DECREED, AS FOLLOWS:

1. The Court has personal jurisdiction over each of the parties to this action. The Court also has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).

2. On November 22, 2022, Plaintiffs filed a Complaint against Defendants asserting the Claims.

3. At the time the Complaint was filed and at the time of Defendants' alleged wrongful conduct, Philips owned the following registered trademarks (the "Philips



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Trademarks”), all of which are valid, unrevoked, and subsisting, and which constitute prima facie evidence of Philips’s exclusive ownership of the marks during all relevant periods:

| **<u>Mark</u>** | **<u>Registration No. (International Classes)</u>** |
|---|---|
| PHILIPS | 3,864,315 (IC 8) |
| PHILIPS | 5,038,342 (IC 8) |
| NORELCO | 3,087,005 (IC 8) |
| NORELCO | 5,526,862 (IC 8) |
| NORELCO | 3,087,004 (IC 8) |
| VTRACK | 5,472,136 (IC 8) |

4. Plaintiffs allege that Defendants advertised, offered, distributed, and sold counterfeit Philips-branded products in the Amazon.com store (“Amazon Store”), in violation of Amazon’s policies, Philips’s intellectual property rights, and the law. Plaintiffs further allege that Defendants submitted to Amazon false invoices and other false documentation purportedly from Philips in an effort to claim that their products were genuine and to avoid detection of their counterfeit scheme.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

5. Plaintiffs allege that the sale of counterfeit Philips-branded products caused, and unless enjoined by this Court will continue to cause, serious and irreparable injury to Plaintiffs, for which they have no adequate remedy at law.

6. The Parties represent that they have read this Consent Judgment and Permanent Injunction, entered into it voluntarily, and have had the opportunity to seek the advice of counsel prior to their consent to this Judgment.

**NOW, THEREFORE, IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:**

7. The Court enters Final Judgment as follows: (i) in favor of Philips against Defendants for trademark infringement under 15 U.S.C. § 1114; (ii) in favor of Philips and Amazon against Defendants for false designation of origin and false advertising under 15 U.S.C. § 1125(a); (iii) in favor of Philips and Amazon against Defendants for violation of the Washington Consumer Protection Act, RCW 19.86.010, *et seq.*; and (iv) in favor of Amazon against Defendants for breach of contract.

8. Upon the entry of this Judgment, Defendants and their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with Defendants shall be permanently enjoined from:

(i) selling products in Amazon's stores;

(ii) selling products to Amazon or any Amazon affiliate;

(iii) opening or attempting to open any Amazon selling accounts;

(iv) importing, manufacturing, producing, distributing, circulating, offering to sell, selling, advertising, promoting, or displaying any product using any simulation, reproduction, counterfeit, copy, or colorable imitation of the Philips Trademarks, or which otherwise infringes Philips' intellectual property, in any store or in any medium; and



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

(v) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iv) above;

9. The Court shall retain exclusive personal and subject matter jurisdiction to enforce the terms of this Judgment and Permanent Injunction.

10. Each party shall bear its attorneys' fees and costs incurred in connection with this matter.

11. Upon entry of this Judgment and Permanent Injunction, this action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED THIS 22nd day of October, 2026.

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CHRISTIE LAW GROUP, PLLC
*Attorneys for Defendants*

*/s/ Robert L. Christie*
Robert L. Christie, WSBA #10895
2100 Westlake Ave. N., Ste. 206
Seattle, WA 98109

Phone: 206-957-9669
Email: bob@christielawgroup.com

RUMBERGER, KIRK & CALDWELL, P.A.
*Attorneys for Defendants*

*/s/ Joshua D. Lerner*
Joshua D. Lerner (Admitted Pro Hac Vice)
80 Southwest 8th Street, Suite 3000
Miami, FL 33130
Phone: (305) 995-5416
Email: jlerner@mmberger.com

**CONSENTED TO:**

**AMAZON.COM, INC.**

Signature: DocuSigned by: Charles Wright ECCA258F2B3148B...

Name: Charles Wright

Title: VP & Associate General Counsel

Date: October 5, 2026

**KONINKLIJKE PHILIPS N.V.**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**AMAZON.COM SERVICES LLC**

Signature: DocuSigned by: Charles Wright ECCA258F2B3148B...

Name: Charles Wright

Title: VP & Associate General Counsel

Date: October 5, 2026

Phone: 206-957-9669
Email: bob@christielawgroup.com

RUMBERGER, KIRK & CALDWELL, P.A.
*Attorneys for Defendants*

__________________________
Joshua D. Lerner (Admitted Pro Hac Vice)
80 Southwest 8th Street, Suite 3000
Miami, FL 33130
Phone: (305) 995-5416
Email: jlerner@mmberger.com

**CONSENTED TO:**

**AMAZON.COM, INC.**

Signature: __________________________

Name: __________________________

Title: __________________________

Date: __________________________

**KONINKLIJKE PHILIPS N.V.**

Signature: __________________________

Name: Stephanie van Wermeskerken

Title: Head of HealthTech IP

Date: 10/20/2026

**AMAZON.COM SERVICES LLC**

Signature: __________________________

Name: __________________________

Title: __________________________

Date: __________________________

**HUMBERTO GONZALEZ**

Signature: [signature]

Date: 09/30/2026

**CAROLINA MANTILLA HENAO**

Signature: ______________________

Date: ______________________

**JOSE DAVID GONZALEZ**

Signature: ______________________

Date: ______________________

**RICARDO ROJAS**

Signature: ______________________

Date: ______________________

**JONLER MOFFA**

Signature: ______________________

Date: ______________________

**JUAN JOSE MEZA**

Signature: ______________________

Date: ______________________

**LUZ MARINA HENAO**

Signature: ______________________

Date: ______________________

**WORLD WIDE PRODUCTS INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**CORABLADE INC**

Signature: [signature]

Name: Humberto Gonzalez

Title: President

Date: 09/30/2026



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**HUMBERTO GONZALEZ**

Signature: ______________________

Date: ______________________

**CAROLINA MANTILLA HENAO**

Signature: ______________________

Date: ______________________

**JOSE DAVID GONZALEZ**

Signature: ______________________

Date: ______________________

**RICARDO ROJAS**

Signature: [signature]

Date: 10-01-2026

**JONLER MOFFA**

Signature: ______________________

Date: ______________________

**JUAN JOSE MEZA**

Signature: ______________________

Date: ______________________

**LUZ MARINA HENAO**

Signature: ______________________

Date: ______________________

**WORLD WIDE PRODUCTS INC**

Signature: [signature]

Name: RICARDO ROJAS

Title: PRESIDENT

Date: 10-01-2026

**CORABLADE INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640

**HUMBERTO GONZALEZ**

Signature: ____________________________

Date: ____________________________

**CAROLINA MANTILLA HENAO**

Signature: ____________________________

Date: ____________________________

**JOSE DAVID GONZALEZ**

Signature: ____________________________

Date: ____________________________

**RICARDO ROJAS**

Signature: ____________________________

Date: ____________________________

**JONLER MOFFA**

Signature: ____________________________

Date: ____________________________

**JUAN JOSE MEZA**

Signature: Juan J. Meza

Date: 09/30/2026

**LUZ MARINA HENAO**

Signature: ____________________________

Date: ____________________________

**WORLD WIDE PRODUCTS INC**

Signature: ____________________________

Name: ____________________________

Title: ____________________________

Date: ____________________________

**CORABLADE INC**

Signature: ____________________________

Name: ____________________________

Title: ____________________________

Date: ____________________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**HUMBERTO GONZALEZ**

Signature: ______________________________

Date: ______________________________

**CAROLINA MANTILLA HENAO**

Signature: ______________________________

Date: ______________________________

**JOSE DAVID GONZALEZ**

Signature: ______________________________

Date: ______________________________

**RICARDO ROJAS**

Signature: ______________________________

Date: ______________________________

**JONLER MOFFA**

Signature: ______________________________

Date: 09/30/26

**JUAN JOSE MEZA**

Signature: ______________________________

Date: ______________________________

**LUZ MARINA HENAO**

Signature: ______________________________

Date: ______________________________

**WORLD WIDE PRODUCTS INC**

Signature: ______________________________

Name: ______________________________

Title: ______________________________

Date: ______________________________

**CORABLADE INC**

Signature: ______________________________

Name: ______________________________

Title: ______________________________

Date: ______________________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206 622 3150 main 206 757 7700 fax

**HUMBERTO GONZALEZ**

Signature: ______________________

Date: ______________________

**CAROLINA MANTILLA HENAO**

Signature: ______________________

Date: 9/30/26

**JOSE DAVID GONZALEZ**

Signature: ______________________

Date: ______________________

**RICARDO ROJAS**

Signature: ______________________

Date: ______________________

**JONLER MOFFA**

Signature: ______________________

Date: ______________________

**JUAN JOSE MEZA**

Signature: ______________________

Date: ______________________

**LUZ MARINA HENAO**

Signature: ______________________

Date: 09-30-2026

**WORLD WIDE PRODUCTS INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**CORABLADE INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**CAFE RECORS PRODUCTIONS, INC.**

Signature: ______________________

**EASY SELLER INC**

Signature: ______________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206 622 3150 main · 206 757 7700 fax

Name: ______________________

Title: ______________________

Date: ______________________

**ECOMMERCE DISTRIBUTOR, INC.**

Signature: [signature]

Name: Carolina Mantilla

Title: President

Date: 9/30/26

**VERENZA IMPORTS, INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

Name: Carolina Mantilla

Title: President

Date: 9/30/26

**ION INTERNATIONAL PRODUCTS INC**

Signature: [signature]

Name: Luz Marina Llevao

Title: President

Date: 09. 30. 2026

**AAA SAFEWAY TRANSPORTATION, INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**HUMBERTO GONZALEZ**

Signature: ______________________

Date: ______________________

**CAROLINA MANTILLA HENAO**

Signature: ______________________

Date: ______________________

**JOSE DAVID GONZALEZ**

Signature: ______________________

Date: 09/30/26

**RICARDO ROJAS**

Signature: ______________________

Date: ______________________

**JONLER MOFFA**

Signature: ______________________

Date: ______________________

**JUAN JOSE MEZA**

Signature: ______________________

Date: ______________________

**LUZ MARINA HENAO**

Signature: ______________________

Date: ______________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CAFE RECORS PRODUCTIONS, INC.**

Signature: [signature]

Name: JUAN MEZA

Title: PRESIDENT

Date: 09/30/2026

**EASY SELLER INC**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________

**ECOMMERCE DISTRIBUTOR, INC.**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________

**ION INTERNATIONAL PRODUCTS INC**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________

**VERENZA IMPORTS, INC**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________

**AAA SAFEWAY TRANSPORTATION, INC**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**CAFE RECORS PRODUCTIONS, INC.**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**EASY SELLER INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**ECOMMERCE DISTRIBUTOR, INC.**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**ION INTERNATIONAL PRODUCTS INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**VERENZA IMPORTS, INC**

Signature: ______________________

Name: ______________________

Title: ______________________

Date: ______________________

**AAA SAFEWAY TRANSPORTATION, INC**

Signature: [signature]

Name: Jonier Moffa

Title: President

Date: 09/30/26



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206 622.3150 main 206 757.7700 fax

**VERENZA IMPORTS, INC**

Signature: ____________________

Name: Jose D. Gonzalez

Title: President

Date: 09/30/26

**AAA SAFEWAY TRANSPORTATION, INC**

Signature: ____________________

Name: ____________________

Title: ____________________

Date: ____________________



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax